medications.[2]  *See Roe v. Crawford,* 514 F.3d 789, 793 (8th Cir.) (standard of review), *cert. denied,* — U.S. —, 129 S.Ct. 109, 172 L.Ed.2d 34 (2008); *see also Laughlin v. Schriro,* 430 F.3d 927, 929 (8th Cir.2005) (noting that when an inmate bases his Eighth Amendment claim on delays in medical treatment, he must offer verifying medical evidence establishing the detrimental effect of those delays), *cert. denied,* 549 U.S. 927, 127 S.Ct. 297, 166 L.Ed.2d 225 (2006); *Crossley v. Georgia–Pacific Corp.,* 355 F.3d 1112, 1113 (8th Cir.2004) (per curiam) (observing that the burden on a party resisting summary judgment is to designate specific facts creating a trialworthy controversy).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Joseph Peluso appeals the district court's[1] order dismissing his 28 U.S.C. § 2241 petition.  Upon careful review of the record, we conclude dismissal was proper because Peluso's attacks on the validity of his sentence are properly brought pursuant to 28 U.S.C. § 2255 in the court which imposed his sentence.  *See Matheny v. Morrison,* 307 F.3d 709, 711 (8th Cir.2002); § 2255(a).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

**Joseph Eric PELUSO, III, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI Forrest City, AR, Appellee.**

No. 09–1804.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 27, 2009.

Filed: Dec. 3, 2009.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Julie BEASLEY, also known as Julie A. Beasley, Defendant— Appellant.**

No. 09–1227.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 20, 2009.

Filed: Dec. 4, 2009.

---

2.  Jones has abandoned some claims, *see Griffith v. City of Des Moines,* 387 F.3d 733, 739 (8th Cir.2004), and we decline to consider arguments and allegations he raises for the first time on appeal, *see Stone v. Harry,* 364 F.3d 912, 914–15 (8th Cir.2004).

1.  The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the recommendation of The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.